UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   ANTHONY SHANNON WHITE                  CASE NO. 20-10729
   TONI LIZETTE WHITE                       JUDGE BENJAMIN A. KAHN
   1735 US HIGHWAY 1 SOUTH
   ROCKINGHAM, NC  28379

       DEBTORS

SSN(1) XXX-XX-8069     SSN(2) XXX-XX-9388         DATE: 04/13/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $441.37<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 3079<br>COMMENT: |
| CHARLOTTE RADIOLOGY<br>1701 E BLVD<br>CHARLOTTE, NC  28203 | $0.00<br>INT: .00%<br>NAME ID: 178736<br>CLAIM #: 0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CHRYSLER CAPITAL<br>P O BOX 961278<br>FORT WORTH, TX  76161 | $5,210.78<br>INT: .00%<br>NAME ID: 146357<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 7840<br>COMMENT: |
| CONN APPLIANCES INC<br>% BECKET & LEE LLP<br>P O BOX 3002<br>MALVERN, PA  19355 | $7,062.00<br>INT: .00%<br>NAME ID: 169961<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 5730<br>COMMENT: |
| CONVERGENT OUTSOURCING INC<br>P O BOX 9004<br>RENTON, WA  98057 | $0.00<br>INT: .00%<br>NAME ID: 135313<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| COOLEY VETERINARIAN HOSPITAL<br>P O BOX 218<br>ROCKINGHAM, NC  28379 | $0.00<br>INT: .00%<br>NAME ID: 183270<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| COX COMMUNICATIONS INC<br>6205-B PEACHTREE DUNWOODY RD NE<br>ATLANTA, GA  30328 | $0.00<br>INT: .00%<br>NAME ID: 183271<br>CLAIM #: 0021 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DR CARLYLE HAYWOOD<br>326 ALBEMARLE RD<br>TROY, NC  27371 | $0.00<br>INT: .00%<br>NAME ID: 178077<br>CLAIM #: 0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FARMERS HOME FURNITURE - ROCKINGHAM NC<br>ATTN CORPORATE CREDIT DEPT<br>P O BOX 1140<br>DUBLIN, GA  31040 | $0.00<br>INT: .00%<br>NAME ID: 173126<br>CLAIM #: 0014 | (S) SECURED<br>SURRENDERED<br>ACCT: 0186<br>COMMENT: OC,PP,REL |
| FARMERS HOME FURNITURE - ROCKINGHAM NC<br>ATTN CORPORATE CREDIT DEPT<br>P O BOX 1140<br>DUBLIN, GA  31040 | $0.00<br>INT: .00%<br>NAME ID: 173126<br>CLAIM #: 0015 | (S) SECURED<br>SURRENDERED<br>ACCT: 0186<br>COMMENT: OC,PP,REL |
| FIRST HEALTH OF THE CAROLINAS<br>P O BOX 3000<br>PINEHURST, NC  28374 | $0.00<br>INT: .00%<br>NAME ID: 118394<br>CLAIM #: 0026 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 8069<br>COMMENT: |
| JCAP FUNDING LLC<br>P O BOX 11407 DEPT #6419<br>BIRMINGHAM, AL  35246-6419 | $15,680.28<br>INT: 5.25%<br>NAME ID: 184771<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 5247<br>COMMENT: 10MERZ,421TFCL |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $989.75<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 8791<br>COMMENT: 221TFCL |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $628.93<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0031 | (U) UNSECURED<br><br>ACCT: 8522<br>COMMENT: 221TFCL |
| LEGACY AT CROSS CREEK<br>% RENT RECOVERY SOLUTIONS LLC<br>1945 THE EXCHANGE STE 120<br>ATLANTA, GA  30339 | $1,860.42<br>INT: .00%<br>NAME ID: 183453<br>CLAIM #: 0028 | (U) UNSECURED<br><br>ACCT: 8069<br>COMMENT: |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST NW<br>COVINGTON, GA  30014 | $0.00<br>INT: .00%<br>NAME ID: 166347<br>CLAIM #: 0009 | (S) SECURED<br>SURRENDERED<br>ACCT: 3605<br>COMMENT: OC,PP,REL |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,786.53<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 8364<br>COMMENT: CREDIT ONE BANK |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $393.83<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 7849<br>COMMENT: CREDIT ONE BANK |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,020.01<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0040 | (U) UNSECURED<br><br>ACCT: 4923<br>COMMENT: CREDIT ONE BANK |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| MERRICK BANK<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10368<br>GREENVILLE, SC  29603-0368 | $1,162.56<br>INT: .00%<br>NAME ID: 67831<br>CLAIM #: 0029 | | (U) UNSECURED<br><br>ACCT: 2015<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 8069<br>COMMENT: |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA  22119-3000 | $499.91<br>INT: .00%<br>NAME ID: 45464<br>CLAIM #: 0010 | | (U) UNSECURED<br><br>ACCT: 2762<br>COMMENT: |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA  22119-3000 | $1,973.44<br>INT: .00%<br>NAME ID: 45464<br>CLAIM #: 0030 | | (U) UNSECURED<br><br>ACCT: 5989<br>COMMENT: |
| PENNYMAC LOAN SERVICES LLC<br>P O BOX 660929<br>DALLAS, TX  75266-0929 | MONTHLY PMT $855.01<br>INT: .00%<br>NAME ID: 136904<br>CLAIM #: 0004 | | (H) ONGOING-SECURED<br><br>ACCT: 5091<br>COMMENT:  DT RERP,CTD EFF JAN21 |
| PENNYMAC LOAN SERVICES LLC<br>P O BOX 660929<br>DALLAS, TX  75266-0929 | $2,565.03<br>INT: .00%<br>NAME ID: 136904<br>CLAIM #: 0005 | | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 5091<br>COMMENT:  ARR OCT THRU DEC20 |
| PENNYMAC LOAN SERVICES LLC<br>P O BOX 660929<br>DALLAS, TX  75266-0929 | $5,555.92<br>INT: .00%<br>NAME ID: 136904<br>CLAIM #: 0006 | | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 5091<br>COMMENT:  ARR THRU SEPT20 |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $650.01<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0025 | | (U) UNSECURED<br><br>ACCT: 0433<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>GPCC I LLC<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $480.98<br>INT: .00%<br>NAME ID: 183452<br>CLAIM #: 0027 | | (U) UNSECURED<br><br>ACCT: 1655<br>COMMENT:  CELTIC BANK/INDIGO |
| RICHMOND CO REGISTER OF DEEDS<br>114 E FRANKLIN ST #101<br>ROCKINGHAM, NC  28379-3601 | $52.00<br>INT: .00%<br>NAME ID: 1885<br>CLAIM #: 0038 | | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RICHMOND COUNTY TAX DEPT<br>P O BOX 504<br>ROCKINGHAM, NC  28380 | $0.00<br>INT: .00%<br>NAME ID: 146761<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX  75356-0284 | $0.00<br>INT: .00%<br>NAME ID: 45498<br>CLAIM #: 0012 | | (S) SECURED<br>SURRENDERED<br>ACCT: 6197<br>COMMENT:  OC,18FORD,REL |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| SOUTHWEST GAS CORPORATION<br>P O BOX 24531<br>OAKLAND, CA  94623 | $0.00<br>INT: .00%<br>NAME ID: 183273<br>CLAIM #: 0032 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TOYOTA MOTOR CREDIT CORP<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $8,675.05<br>INT: .00%<br>NAME ID: 14956<br>CLAIM #: 0033 | (U) UNSECURED<br><br>ACCT: 3354<br>COMMENT: |
| US DEPT OF EDUCATION/NELNET<br>3015 PARKER RD STE 400<br>AURORA, CO  80014 | $0.00<br>INT: .00%<br>NAME ID: 149250<br>CLAIM #: 0034 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $1,051.32<br>INT: .00%<br>NAME ID: 176005<br>CLAIM #: 0035 | (U) UNSECURED<br><br>ACCT: 9320<br>COMMENT: |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $1,334.48<br>INT: .00%<br>NAME ID: 176005<br>CLAIM #: 0039 | (U) UNSECURED<br><br>ACCT: 2330<br>COMMENT: |
| W S BADCOCK CORPORATION<br>P O BOX 724<br>MULBERRY, FL  33860 | $0.00<br>INT: .00%<br>NAME ID: 151523<br>CLAIM #: 0013 | (S) SECURED<br>SURRENDERED<br>ACCT: 3419<br>COMMENT: OC,PP,REL |
| WELLS FARGO BANK NA<br>DBA WELLS FARGO AUTO<br>P O BOX 17900<br>DENVER, CO  80217-0900 | $20,011.51<br>INT: .00%<br>NAME ID: 172186<br>CLAIM #: 0036 | (U) UNSECURED<br><br>ACCT: 3875<br>COMMENT: |
| WISCONSIN ELECTRIC<br>333 W EVERETT ST<br>MILWAUKEE, WI  53203 | $0.00<br>INT: .00%<br>NAME ID: 183274<br>CLAIM #: 0037 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$79,941.12** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  04/13/2021        OFFICE OF THE CHAPTER 13 TRUSTEE

        By: /s/  Gayle McFarland
        Clerk
        Chapter 13 Office
        500 W FRIENDLY AVE STE 200
        P O BOX 1720
        GREENSBORO, NC  27402-1720

cc:  Debtors
     Attorney for Debtors - Electronic Notice